MICHAEL GIANSANTI ET AL. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.
(12644)

O'CONNELL, FOTI and HEIMAN, Js.

Submitted on briefs October 28—decision released November 22, 1994

*Davis W. Ganim* filed a brief for the appellants (plaintiffs).

*William F. Gildea,* special assistant town attorney, and *Richard P. Gilardi,* assistant town attorney, filed a brief for the appellees (defendants).

PER CURIAM. After examining the record on appeal and considering the briefs of the parties, the matter having been submitted to the court upon waiver of oral

argument, we conclude that the appeal should be dismissed on the ground that certification was improvidently granted.

The appeal is dismissed.